Filed:  July 28, 1997

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

---

No. 96-2738
(CA-96-56-MJG)

---

Betty I. Roupe,

Plaintiff - Appellant,

versus

Donna E. Shalala, Secretary of Health and
Human Services,

Defendant - Appellee.

---

O R D E R

---

The Court amends its opinion filed June 19, 1997, as follows:

On the cover sheet, section 3 -- the appellee is corrected to read "Donna E. Shalala, Secretary of Health and Human Services."

For the Court - By Direction

/s/ Patricia S. Connor

---

Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-2738**

_____

BETTY I. ROUPE,

Plaintiff - Appellant,

versus

DONNA E. SHALALA, SECRETARY OF HEALTH AND
HUMAN SERVICES,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-96-
56-MJG)

_____

Submitted: June 3, 1997              Decided: June 19, 1997

_____

Before HALL and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Betty I. Roupe, Appellant Pro Se.  Perry F. Sekus, OFFICE OF THE
UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Appellant appeals the district court's order granting summary judgment to the Defendant in a Title VII discrimination case. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Roupe v. Shalala, No. CA-96-56-MJG (D. Md. Oct. 24, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED